AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj2256

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANTONIO CHAVEZ-BARAJAS

I certify that I am admitted to practice in this court.

8/5/2008
Date

/s/ ERICK L. GUZMAN
Signature

Erick L. Guzman/Federal Defenders of SD — 244391
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

**ERICK L. GUZMAN**
California State Bar No. 244391
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erick_guzman@fd.org

Attorneys for Antonio Chavez-Barajas

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JAN M. ADLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO CHAVEZ-BARAJAS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08MJ2256<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Robert E. Schroth, Jr.
robschrothesq@sbcglobal.net,gershtheman@yahoo.com; and

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED: August 5, 2008

/s/ Erick L. Guzman
**ERICK L. GUZMAN**
Federal Defenders of San Diego, Inc.
Attorneys for Antonio Chavez-Barajas